UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM MINUTES

The Honorable James I. Cohn Presiding

Case No.   13-62165-CIV                                         Date   2/14/2014

Clerk    N. Picard                                       Reporter  P. Stipes

Title of Case:        Durant v. GTE Financial Services, LLC

Plaintiff's Counsel       Matthew Militzok

Defendant's Counsel     N/A

Type of hearing        Motion to Withdraw as Counsel [DE 6]

Result of hearing    Plaintiff failed to appear.  Rather than grant the motion to withdraw, the Court will enter an order dismissing this case without prejudice for failure to effectuate service; written order to follow

Time: 5 minutes