UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-62165-CIV-COHN/SELTZER

LINROY DURANT, individually,

    Plaintiff,

vs.

GTE FINANCIAL SERVICES, LLC, a Florida
limited liability company,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO EFFECTUATE SERVICE

**THIS CAUSE** is before the Court upon Response to Order to Show Cause and Militzok & Levy, P.A.'s Motion for Leave to Withdraw as Counsel for Plaintiff Linroy Durant [DE 6] ("Show Cause Response"). The Court has carefully considered the Show Cause Response, the argument of counsel at the February 14, 2014 hearing, the record in the case, and is otherwise advised in the premises.

On February 4, 2014, the Court entered an Order to Show Cause because there was no evidence that Defendant had been served within 120 days as required by Federal Rule of Civil Procedure 4(m). See DE 5. On February 10, 2014, counsel responded to the Order to Show Cause by seeking to withdraw from the case because he has been unable to communicate with the Plaintiff. As stated on the record during the February 14, 2014 hearing on this issue, dismissal of this case without prejudice is proper because Defendant has yet to be served. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT**

**PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of February, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.